**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6931**

OSBALDO LEMUS BERRIOS,

       Plaintiff - Appellant,

   v.

MICHAEL S. WOLL; WOLL & WOLL, P.A.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:20-cv-03195-TDC)

Submitted: December 21, 2021            Decided: December 27, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Osbaldo Lemus Berrios, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Osbaldo Lemus Berrios appeals the district court's order dismissing Berrios' civil complaint under 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Berrios v. Woll*, No. 8:20-cv-03195-TDC (D. Md. May 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*